**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| <u>Cervantes v. City of Chicago et al.</u> | Case Number: | **08 C 529** |
|---|---|---|

Judge Lindberg

Magistrate Judge Soat Brown

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

| NAME (Type or print) |
|---|
| Diane S. Cohen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Diane S. Cohen |
| FIRM |
| City of Chicago Department of Law |
| STREET ADDRESS |
| 30 N. LaSalle, 10th Fl. |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6199493 | 312-744-2836 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐