IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JORGE CERVANTES,** | ) | |
| | ) | |
| Plaintiff, | ) | **Judge Lindberg** |
| | ) | **Magistrate Judge Brown** |
| v. | ) | |
| | ) | |
| **CITY OF CHICAGO, and** | ) | 08 C 529 |
| **Unknown Chicago Police Officers** | ) | |
| **John Does 1-10,** | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE MOTION**

**TO**:  See Certificate of Service

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT CITY'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lindberg, or before such other judge sitting in his place, on the 12th day of March 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: MARCH 5, 2008

                                          /S/Diane S. Cohen
                                          DIANE S. COHEN
                                          Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836