## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 529 | **DATE** | March 7, 2008 |
| **CASE TITLE** | Cervantes vs. City of Chicago, *et al.* | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's Motion for an Extension of Time to Answer or Otherwise Plead [11] is granted. Defendant City of Chicago is granted leave to answer Plaintiff's amended complaint fourteen (14) days after it is filed with the Court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|