AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jorge Cervantes,

|  |  |
|---|---|
| CASE NUMBER: | 08 C 529 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Lindberg |

City of Chicago, et al.,

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Brown |

TO: (Name and address of Defendant)

Chicago Police Officer Miguel Vazquez, star 16531
Attn: Office of Legal Affairs
3510 South Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY - 8 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 5-8-2008 |

| NAME OF SERVER *(PRINT)*  EDYTA McFARLAND | TITLE  PARALEGAL |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  Sent act via certified mail to the office of Legal Affairs at the Chicago Police department located at 3510 South Michigan Ave Chicago IL 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/2008        Edyta McFarland
　　　　　　　/ Date          Signature of Server

**LAW OFFICES OF**
**LAWRENCE V. JACKOWIAK**
*Address of Server*  **20 N. CLARK, SUITE 1700**
**CHICAGO, IL 60602**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.