UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Jorge Cervantes v. City of Chicago, Matthew Darling, Mark Foster, William Buglio, Hermogene Del Toro, Jr. Ricardo Sanchez, Aaron Carranza, Greg Killmer, Miguel Vazquez, James Anderson and Rozillius Cain. | Case   Judge Lindberg<br>08 C 529 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago, Matthew Darling, Mark Foster, William Buglio, Hermogene Del Toro, Jr., Ricardo Sanchez, Aaron Carranza, Greg Killmer, Miguel Vazquez, James Anderson and Rozillius Cain

| | |
|---|---|
| SIGNATURE | /s/ *Mary S. McDonald* |
| FIRM | City of Chicago Corporation Counsel |
| STREET ADDRESS | 30 No. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06199995 | TELEPHONE NUMBER<br>312.744.8307 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |