IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JORGE CERVANTES,** | ) | |
| | ) | |
| Plaintiff, | ) | Judge Lindberg |
| | ) | Magistrate Judge Brown |
| v. | ) | |
| | ) | |
| **CITY OF CHICAGO, and** | ) | 08 C 529 |
| **Unknown Chicago Police Officers** | ) | |
| **John Does 1-10,** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY'S MOTION TO WITHDRAW APPEARANCES**

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves to withdraw the appearances of counsels Diane Cohen and Joan Altman on behalf of the City of Chicago.

1. Currently, the undersigned, Diane Cohen, Senior Assistant Corporation Counsel, and Joan Altman, Assistant Corporation Counsel, have filed appearances in this matter on behalf of Defendant City of Chicago.

2. Cohen and Altman move to withdraw their appearances because this case has been reassigned within the City of Chicago Department of Law to Thomas Platt, Chief Assistant Corporation Counsel and Mary McDonald, Assistant Corporation Counsel, who have already filed appearances on behalf of the City.

**WHEREFORE**, Defendant City respectfully requests that this Court grant its motion to withdraw the appearances of Diane Cohen and Joan Altman in this matter.

**DATED: JULY 9, 2008**

                                Respectfully submitted,

                                MARA S. GEORGES
                                Corporation Counsel

                   By:    /s/ Diane S. Cohen
                                Diane S. Cohen
                                Senior Counsel
                                Joan Altman
                                Assistant Corporation Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836/4-2826

**CERTIFICATE OF SERVICE**

I, Diane Cohen, an attorney, hereby certify that I served, pursuant to Local Rule 5.9 of the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, Defendant's Motion to Withdraw, on July 9, 2008, to:

Lawrence V. Jackowiak
Daniel P. Kiss
Louis Joseph Meyer
Law Offices of Lawrence V. Jackowiak
20 N. Clark St. Ste. 1700
Chicago, Illinois 60602

and

Thomas Platt
Mary McDonald
30 N. LaSalle, Ste. 1400
Chicago, IL 60602

By: /s/Diane Cohen
DIANE COHEN