**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JORGE CERVANTES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Judge Lindberg** |
| | ) | **Magistrate Judge Brown** |
| **v.** | ) | |
| | ) | |
| **CITY OF CHICAGO, and** | ) | **08 C 529** |
| **Unknown Chicago Police Officers** | ) | |
| **John Does 1-10,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE MOTION**

**TO**:  **See Certificate of Service**

        **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT CITY'S MOTION TO WITHDRAW ATTORNEY APPEARANCES.**

        **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lindberg, or before such other judge sitting in his place, on the 16th day of July 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: **JULY 9, 2008**

                                                    /S/Diane S. Cohen
_____    DIANE S. COHEN
                                                    Senior Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836