## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 529 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Jorge Cervantes vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City's motion to withdraw appearances (37) is granted. Leave of court is given to Diane Cohen and Joan Altman to withdraw their appearances.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|