UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JORGE CERVANTES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 529 |
| | ) | |
| vs. | ) | Judge Lindberg |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Brown |
| | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Lawrence V. Jackowiak
   Louis J. Meyer
   Daniel P. Kiss
   Law Offices of Lawrence V. Jackowiak
   20 North Clark Street, Suite 1700
   Chicago, Illinois  60602

**PLEASE TAKE NOTICE** that on this 18 day of July 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is herewith served upon you.

**I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 18 day of July 2008.

                    Respectfully submitted,

                    MARA S. GEORGES
                    Corporation Counsel
                    for the City of Chicago


           By:   *Mary S. McDonald*
                    MARY McDONALD
                    Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-8307
Attorney No. 06199995

Case 1:08-cv-00529    Document 41    Filed 07/18/2008    Page 2 of 2