MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE CERVANTES, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 C 529 |
| CITY OF CHICAGO, and Chicago Police Officers MATTHEW DARLING, star 12393, MARK FOSTER, Star 16968, WILLIAM BUGLIO, Star 3983, HERMOGENE DEL TORO JR., Star 6853, RICARDO SANCHEZ, Star 15823, AARON CARRANZA, Star 13693, GREG KILLMER, Star 5095, MIGUEL VAZQUEZ, Star 16531, JAMES ANDERSON, Star 21022, and ROZILLIUS CAIN, Star 10724, | ) Judge Lindberg ) ) Magistrate Judge Brown ) ) ) ) ) Jury Demand |
| Defendants. | ) |

FILED AUG 26 2008
Judge George W. Lindberg
United States District Court
8-26-2008

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

_[signature]_
Louis Meyer
Attorney for plaintiff,
Jorge Cervantes
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Suite 500
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6290221
DATE: 8-20-08

BY: _[signature]_ Mary J. McDonald
Assistant Corporation Counsel
Attorney for the City of Chicago and defendants,
Matthew Darling, Mark Foster, William Buglio,
Hermogene Del Toro, Jr., Ricardo Sanchez,
Aaron Carranza, Greg Killmer, Miguel Vazquez,
James Anderson and Rozillius Cain
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995
DATE: 8-21-08

08 C 648