# United States District Court, Northern District of Illinois

HHK

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 529 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Jorge Cervantes vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|