MHW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE CERVANTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 529 |
| ) | |
| CITY OF CHICAGO, and Chicago Police ) | Judge Lindberg |
| Officers MATTHEW DARLING, star 12393, ) | |
| MARK FOSTER, Star 16968, WILLIAM ) | Magistrate Judge Brown |
| BUGLIO, Star 3983, HERMOGENE DEL ) | |
| TORO JR., Star 6853, RICARDO SANCHEZ, ) | |
| Star 15823, AARON CARRANZA, Star ) | |
| 13693, GREG KILLMER, Star 5095, MIGUEL ) | |
| VAZQUEZ, Star 16531, JAMES ) | Jury Demand |
| ANDERSON, Star 21022, and ROZILLIUS ) | |
| CAIN, Star 10724, ) | |
| ) | |
| Defendants. | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Jorge Cervantes, by one of his attorneys, Louis Meyer, and defendants, Matthew Darling, Mark Foster, William Buglio, Hermogene Del Toro, Jr., Ricardo Sanchez, Aaron Carranza, Greg Killmer, Miguel Vazquez, James Anderson and Rozillius Cain, by one of their attorneys, Mary S. McDonald, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Jorge Cervantes, against defendants, City of Chicago, Matthew Darling, Mark Foster, William Buglio, Hermogene Del Toro, Jr., Ricardo Sanchez, Aaron Carranza, Greg Killmer, Miguel Vazquez, James Anderson and Rozillius Cain, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Mary S. McDonald
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995

ENTER: _____
The Honorable George Lindberg
United States District Judge

DATED: **AUG 26 2008**